AO 442

SEALED

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Jeri Ann Allen**

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 10 2016

MATTHEW J. DYKMAN
CLERK

## WARRANT FOR ARREST

CASE NUMBER: 2:16-cr-46 DB

16 mj 903

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JERI ANN ALLEN** _____
                                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Bank Robbery**

in violation of **18:2113(a)** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

By: Julie Wierschem
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

January 27, 2016 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

JOHN W. HUBER, United States Attorney (#7224)
MARK K. VINCENT, Assistant United States Attorney (#5357)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile:  (801) 524-6924

FILED
2016 JAN 27 P 1:29
DISTRICT OF UTAH

SEALED

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 10 2016
MATTHEW J. DYKMAN
CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:16cr00046<br>Assigned To : Benson, Dee<br>Assign. Date : 1/27/2016<br>Description: |
| Plaintiff, | 16mj903 |
| vs. | **INDICTMENT** |
| JERI ANN ALLEN, | VIO. 18 U.S.C. § 2113(a), BANK ROBBERY. |
| Defendant. | |

The Grand Jury charges:

### COUNT I

On or about October 19, 2015, in the Central Division of the District of Utah,

JERI ANN ALLEN,

the defendant herein, did by force, violence, and intimidation take from the person and

presence of another money belonging to and in the care, custody, control, management

and possession of Chase Bank, 5656 South Redwood Road, Taylorsville, Utah, the deposits of which were then insured by the Federal Deposit Insurance Corporation; all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

MARK K. VINCENT
Assistant United States Attorney